UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America

No. 5:05-cr-0515

vs.

Tuan Vu

### ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the Letter dated July 2, 2008, Dkt. No. 55 in the above-entitled action shall be stricken from the docket for the following reasons listed below. Because Defendant's submission is being stricken from the docket, it will not be considered by the Court.

1. It is unclear what relief, if any, Defendant is requesting and what the grounds are for that relief. To the extent Defendant is applying for some sort of Order from the Court, he/she must specify the relief sought and the grounds therefor. See Fed. R. Civ. P. 7(b)(1).

2. Defendant's submission is rejected because he/she failed to indicate that he/she served his/her submission on opposing counsel. See L.R. 5.1(a) ("[a]ll pleadings and other papers shall be served and filed in accordance with the Federal Rules of Civil Procedure and shall be in the form prescribed by L.R. 10.1. The party or its designee shall declare, by affidavit or certification, that it has provided all other parties in the action with all documents it has filed with the Court."). The Clerk's Office shall not forward copies of Defendant's submission(s) to opposing counsel. All future submissions to the Court must contain such an affidavit or certification; failure to do so shall result in rejection of the submission without processing.

3. It appears that the defendant is seeking legal advice. The Court cannot provide Defendant with legal assistance or legal advice of any sort. While the Clerk's Office can provide Defendant with forms and procedural information pertinent to commencing an action with the U.S. District Court, no one employed by the Court or the Clerk's Office may provide Defendant with legal guidance or direction.

SO ORDERED,

DATED:   July 22, 2008
         Syracuse, NY

_____
Norman A. Mordue
Chief United States District Court Judge